BENJAMIN B. WAGNER
United States Attorney

COLIN C. SAMPSON #249784
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-6062
Email: Colin.C.Sampson@usdoj.gov
       Western.Taxcivil@usdoj.gov

Attorney for Defendant United States
(Internal Revenue Service)

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COUNCIL FOR EDUCATION, a nonprofit corporation, and HAROLD HUGGINS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and INTERNAL REVENUE SERVICES [sic],<br><br>Defendants. | 2:09-cv-1503-FCD-KJN PS<br><br>**ORDER GRANTING DEFENDANT UNITED STATES' (INTERNAL REVENUE SERVICE) REQUEST FOR COUNSEL TO APPEAR BY TELEPHONE**<br><br>Date:  April 1, 2010<br>Time:  10:00 a.m.<br>Ctrm:  25 (KJN) |

IT IS HEREBY ORDERED THAT the Defendant United States Internal Revenue Service's Request For Counsel to Appear by Telephone is GRANTED.  Counsel for the Defendant United States Internal Revenue Service may appear by telephone at the hearing on Defendants' Motion to Dismiss for Lack of Jurisdiction and the other motions submitted by the parties scheduled for hearing on April 1, 2010, at 10:00 A.M.

**IT IS SO ORDERED.**

DATED: March 19, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE