IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COUNCIL FOR EDUCATION, a nonprofit corporation, and HAROLD HUGGINS, | |
| Plaintiffs, | No. 2:09-cv-01503 FCD KJN PS |
| v. | ORDER |
| U.S. DEPARTMENT OF EDUCATION, and INTERNAL REVENUE SERVICES, | |
| Defendants. | |
| _____ / | |

This matter was referred to the undersigned for pretrial management because plaintiffs, The Council for Education and Harold Huggins, were proceeding without counsel. Plaintiffs are now represented by counsel. Because plaintiffs are now represented by counsel, pretrial matters, other than discovery motions, should now be noticed before the United States District Judge assigned to this action. Eastern District Local Rule 302(c)(21).

Accordingly, it is hereby ORDERED that:

1. This matter is referred back to the United States District Judge assigned to this matter.

2. All dates pending before the undersigned are vacated; and

////

3.      Henceforth the caption on documents filed in this action shall be No. 2:09-cv-01503 FCD KJN.

IT IS SO ORDERED.

DATED: March 26, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2