BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Defendant
U.S. DEPARTMENT OF EDUCATION

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COUNCIL FOR EDUCATION, a nonprofit corporation, and HAROLD HUGGINS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and INTERNAL REVENUE SERVICES [sic],<br><br>Defendants. | 2:09-cv-1503 FCD KJN PS<br><br>**PARTIES' STIPULATION AND ORDER TO CONTINUE HEARING AND STATUS CONFERENCE**<br><br>Date: April 1, 2010<br>Time: 10:00 a.m.<br>Ctrm: 25 (KJN) |

The parties hereby recite and stipulate, subject to the approval of the Magistrate Judge as provided for hereon, as follows.

RECITALS:

1. Plaintiffs have new counsel of record:

    Rickey Ivie, Esquire
    Ivie McNeill & Wyatt
    444 S. Flower St., Ste. 1800
    Los Angeles, CA 90071
    Tel.: 213-489-0028
    Fax: 213-489-0552
    email: rivie@imwlaw.com and ccharlton@imwlaw.com

2. Plaintiffs' new counsel needs time to get up to speed on the case, including reviewing the pending motions, possibly proposing an amended complaint to the defendants and to the Court, and meeting and conferring with defense counsel to see what issues can be resolved.

3. The assigned AUSA needs to be on travel in South Carolina the week of April 19, 2010. This obligation conflicts with the status conference set for April 22, 2010.

STIPULATIONS:

1. The parties jointly request that hearing on the pending motions, set for April 1, 2010, be CONTINUED until May 20, 2010, at 10:00 a.m. before Judge Newman.

2. The parties jointly request that the status conference set for April 22, 2010, be CONTINUED without date, to be reset by the Court at the motion hearing.

Dated: March 24, 2010         IVIE McNEILL & WYATT

                        By:   /s/ Rickey Ivie
                              RICKEY IVIE

Dated: March 25, 2010         BENJAMIN B. WAGNER
                              United States Attorney

                        By:   /s/ Colin C. Sampson
                              COLIN C. SAMPSON
                              Trial Attorney, Tax Division

Dated: March 24, 2010         BENJAMIN B. WAGNER
                              United States Attorney

                        By:   /s/ Y H T Himel
                              YOSHINORI H. T. HIMEL
                              Assistant United States Attorney

## **ORDER**

1. Because plaintiffs are now represented by counsel in accordance with Eastern District Local Rule 180, the undersigned shall, by separate order, refer this case to the United States District Judge assigned to the matter. See Eastern District Local Rule 302(c)(21).

2. The undersigned hereby vacates the hearing set for April 1, 2010.

3. The parties shall re-notice their respective pending motions, if at all, for an appropriate date before the United States District Judge assigned to the matter.

4. The status conference presently set for April 22, 2010, is vacated, subject to resetting by the United States District Judge assigned to the matter.

It is APPROVED and SO ORDERED.

DATED: March 26, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE